UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

## AFFIDAVIT OF PLAINTIFF

The Plaintiff, having been first duly sworn upon his/her oath, hereby states the following:

1. I am an adult individual and competent to testify in this matter.
2. I have personal knowledge of the matters contained in this affidavit.
3. I am a consumer.
4. I incurred a debt primarily for personal, family, or household purposes.
5. Upon information and belief, the Defendant is a debt collection agency.
6. The Defendant attempted to collect a debt from me.
7. I received a dunning letter from the Defendant dated May 7, 2018, and the letter is attached hereto as *Exhibit "A"*.
8. I received a dunning letter from the Defendant dated October 1, 2018, and the letter is attached hereto as *Exhibit "B"*.

I affirm under penalty of perjury that the foregoing representations are true and correct.

*Wanda Balvin*
Wanda Balvin



EXHIBIT 3