**RICHARD R. HUSTON, ATTORNEY AT LAW**
RETURN MAIL ADDRESS
517 US HIGHWAY 31 N
GREENWOOD IN  46142-3932





MAY 07 2018
███████3001

WANDA PAULINE BALVIN

REMIT TO:

MED-1 SOLUTIONS, LLC
DEPT 5621
PO BOX 790126
ST LOUIS MO 63179-0126

Account of: WANDA PAULINE BALVIN
Client:  COMMUNITY HEALTH NETWORK
Client Reference Number: ███████1954
MED-1 Account Number: ██████9688
Date of service 07/21/17 in the amount of $47637.31

Dear WANDA PAULINE BALVIN:

We represent the above-named creditor on the collection of this account. Mail your check, money order or credit card information directly to MED-1 Solutions, LLC in the enclosed envelope. For your convenience, you may also make your payment online by visiting our website at **www.med1solutions.com** and entering account number ██████9688.

If you need to make a payment arrangement or discuss your account, please call a MED-1 Solutions representative at **888.323.0811**.  If you are mailing in payment, please fill out the information on the reverse side and return that portion of the form in the enclosed envelope.

Unless you notify this office within 30 days of receiving this notice that you dispute the validity of this debt or a portion thereof, we will assume the debt is valid.  If you notify this office in writing within 30 days of receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you so request this office in writing within 30 days of receiving this notice, we will provide you with the name and address of the original creditor, if different from the current creditor.

Sincerely,

Richard R. Huston
Attorney at Law
MED-1 Solutions, LLC



**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

MD3001
510