# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| Wanda Balvin,<br><br>   Plaintiff,<br>v.<br><br>Med-1 Solutions, LLC,<br><br>   Defendant. | Case No.: 1:18-cv-3485-SEB-DLP |

## PLAINTIFF'S ACCEPTANCE OF OFFER OF JUDGMENT

Comes now the Plaintiff, in person and by counsel, and hereby files this Acceptance of Offer of Judgment in the above-captioned action and, in support thereof, would show the Court the following:

1. On December 5, 2018, the Defendant's legal counsel sent an Offer of Judgment via e-mail in the above-captioned action to the Plaintiff's legal counsel.

2. The Plaintiff accepts the Defendant's Offer of Judgment. *See Exhibit "A" attached hereto.*

WHEREFORE, the Plaintiff respectfully requests that the Court take notice of the Plaintiff's acceptance of the offer of judgment in this matter and grant him all other just and proper relief.

I affirm under penalty of perjury that the foregoing representations are true and correct.

*/s/ Wanda Balvin*
Wanda Balvin

Respectfully submitted,

_____
John T. Steinkamp, #19891-49
Attorney for Plaintiff
5214 S. East Street, #D-1
Indianapolis, IN 46227
(317) 780-8300
(317) 217-1320 fax
steinkamplaw@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2018, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Med-1 Solutions
Attorney Nicholas Moline
Nicholas.Moline@med1solutions.com

/s/ John T. Steinkamp
John T. Steinkamp